SIOUX CITY SERVICE CO. v. SNYDER. (Circuit Court of Appeals, Eighth Circuit. September 4, 1916.) No. 4726. In Error to the District Court of the United States for the Northern District of Iowa. J. L. Ken-

nedy, of Sioux City, Iowa, for plaintiff in error.  Henderson & Fribourg and M. L. Sears, all of Sioux City, Iowa, for defendant in error.

PER CURIAM.  Writ of error dismissed, at costs of plaintiff in error, per stipulation of parties.  Attorney fee defendant in error waived.